IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-11-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KATIE JEANNE JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on a request for an extension of the time available to complete an evaluation of Defendant.

Pursuant to an Order entered on February 8, 2023 (Doc. 7), Defendant was committed to the custody of the Attorney General for placement in a suitable mental health facility where a psychiatric or psychological examination could be performed to determine if Defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. The Order directed that the commitment would be for a reasonable period, but not to exceed thirty (30) days, and would commence on the day Defendant was admitted to the facility.

1

In addition, the Order stated that the evaluating psychiatrist(s) or psychologist(s) or the Warden or another appropriate representative of the Facility may apply for a reasonable extension of the commitment, not to exceed 15 days, upon a showing of good cause that additional time is necessary to observe and evaluate Defendant.

On April 7, 2023, the undersigned's courtroom deputy received correspondence, via email from the Warden at the Federal Medical Center where Defendant is located, requesting a 15-day extension of the time allowed to complete Defendant's evaluation.[1]

The Court's previous Order directed that any request for an extension of the evaluation period be in writing and mailed to the Clerk, with copies sent to Defendant's counsel, the United States Attorney, and the United States Marshal's Service. However, as it does not appear that these additional parties have been given notice of this request, the Clerk is respectfully directed to file the correspondence on the docket.

---

[1] The correspondence was addressed to the undersigned and was transmitted by Sadie Doll, Psy.D., Licensed Clinical Psychologist, who represented that the original correspondence would follow by mail.

Any objection by the Government or Defendant to this request shall be filed no later than April 13, 2023.

It is so ordered.

Signed: April 10, 2023

W. Carleton Metcalf
United States Magistrate Judge