IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-11-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KATIE JEANNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on an Unopposed Motion to Delay Transport and to Hold Competency Hearing by Video Teleconference (the "Motion," Doc. 15), filed on May 9, 2023 by defense counsel.

Based on the information provided, including during proceedings on May 11, 2023 and May 26, 2023, and through the Motion and subsequent Notice Regarding Competency Hearing (Doc. 20), the undersigned concludes that the competency hearing required by 18 U.S.C. §4241 may be conducted by video teleconference with Defendant appearing from FMC Carswell and defense counsel, along with the Court and the Government, appearing in the courtroom in Asheville.

IT IS THEREFORE ORDERED THAT:

1. The Unopposed Motion to Delay Transport and to Hold Competency Hearing by Video Teleconference (Doc. 15) is **GRANTED** and the

1

Clerk is **RESPECTFULLY DIRECTED** to schedule a competency hearing which will be held by video teleconference as described.

2. The Clerk is also **RESPECTFULLY DIRECTED** to transmit a copy of this Order to Defendant's licensed clinical psychologist and/or the warden at FMC Carswell, as well as the United States Marshal's Service.

Signed: June 16, 2023

W. Carleton Metcalf
United States Magistrate Judge