IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-00011-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KATIE JEANNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on November 22, 2023 for a status conference. The Government was represented by Assistant United States Attorney David Thorneloe. Defendant was represented by Assistant Federal Public Defender Mary Ellen Coleman. Defendant, who is currently housed at Federal Medical Center – Carswell, did not appear.

This Order memorializes rulings made during that conference.

**IT IS HEREBY ORDERED THAT:**

1. The following schedule is established relative to the Court's consideration of whether Defendant should be committed for an additional reasonable period of time pursuant to 18 U.S.C. §4241(d)(2):

    a. The Government's brief shall be filed on or before **December 6, 2023**.

1

b. Any response by Defendant shall be filed on or before **December 13, 2023**.

c. An evidentiary hearing is scheduled for **December 20, 2023 at 10:00 a.m.**

2. The United States Marshals Service is directed not to return Defendant to this district at this time.

Signed: November 22, 2023

W. Carleton Metcalf
United States Magistrate Judge