IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-00011-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KATIE JEANNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Unopposed Motion to Seal Unredacted Motion to Dismiss and Release (the "Motion to Seal," Doc. 36), which requests permission to file under seal an unredacted version of Defendant's Motion to Dismiss Supervised Release Petition and to Release Ms. Johnson (the "Motion to Dismiss," Doc. 37).

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000); see also LCrR 49.1.1.

The undersigned has reviewed the Motion to Seal and considered the public's interest in access to the unredacted Motion to Dismiss and alternatives to sealing.

1

The redacted material pertains to Defendant's personal medical and psychological information. Other documents containing such information have been sealed in this matter. See Forensic Evaluation (Doc. 18); Forensic Evaluation (Doc. 26); unredacted copy of Joint Request for Transportation (Docs. 32, 33); Forensic Addendum and Court Update (Doc. 34).

The Government has no objection to the Motion to Seal.

The Motion to Seal and a redacted copy of the Motion to Dismiss have been on the public docket since December 15, 2023.

Under these circumstances, the undersigned finds that the sealing of an unredacted copy of the Motion to Dismiss is appropriate.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal (Doc. 36) is **GRANTED** and Defendant's Motion to Dismiss Supervised Release Petition and to Release Ms. Johnson (Doc. 37) shall remain sealed. This ruling is subject to further consideration by the Court, including upon a subsequent motion to unseal, as may be necessary.

Signed on: 12/28/2023

W. Carleton Metcalf
United States Magistrate Judge