UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-CR-00011-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KATIE JEANNE JOHNSON,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss Supervised Release Petition and Release the Defendant. (Doc. No. 35).

## ORDER

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: December 28, 2023

Max O. Cogburn Jr.
United States District Judge

1