UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-CR-00011-MOC-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **KATIE JEANNE JOHNSON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release. (Doc. No. 40).

## ORDER

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Max O. Cogburn Jr
United States District Judge