IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-00011-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KATIE JEANNE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Unopposed Motion to Seal Unredacted Unopposed Motion for Early Termination of Supervised Release (the "Motion to Seal," Doc. 41), which requests permission to file under seal an unredacted version of Defendant's Unopposed Motion for Early Termination of Supervised Release (the "Motion for Early Termination," Doc. 42).

The standards for evaluating a motion to seal have been discussed in prior Orders in this matter and are not repeated here. See e.g., Doc. 38.

The undersigned has reviewed the Motion to Seal and considered the public's interest in access to the unredacted Motion for Early Termination and alternatives to sealing.

The redacted material pertains to Defendant's personal medical and psychological information. Other documents containing such information have been sealed in this matter. See Forensic Evaluation (Doc. 18); Forensic

1

Evaluation (Doc. 26); unredacted copy of Joint Request for Transportation (Docs. 32, 33); Forensic Addendum and Court Update (Doc. 34); Motion to Dismiss Supervised Release Petition and to Release Ms. Johnson (Docs. 37, 38).

The Government has no objection to the Motion to Seal.

The Motion to Seal and a redacted copy of the Motion for Early Termination (Doc. 40) have been on the public docket since January 3, 2024.

Under these circumstances, the undersigned finds that the sealing of an unredacted copy of the Motion for Early Termination is appropriate.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal (Doc. 41) is **GRANTED** and Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 42) shall remain sealed. This ruling is subject to further consideration by the Court, including upon a subsequent motion to unseal, as may be necessary.

Signed: January 4, 2024

W. Carleton Metcalf
United States Magistrate Judge