# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:22-cr-11-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) **ORDER** |
| | ) |
| KATIE JEANNE JOHNSON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss and Release, (Doc. No. 35), and on Defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 40). Defendant is represented by Mary Coleman of the Federal Defenders of Western District of North Carolina. The Government does not oppose the motions.

For the reasons stated in Defendant's motions, the Court **GRANTS** the motions to the extent that the SRV petition is dismissed, the Court terminates Defendant's supervised release, and Defendant shall be released from her current custody.

To allow a peer support person to meet Defendant at her current place of custody at the time of release, Defendant shall be released at 9 a.m. on February 1, 2024.

The Clerk is respectfully instructed to send this Order to the U.S. Marshal's Office and the Warden of the Buncombe County Detention Center.

**IT IS SO ORDERED**.

Signed: January 30, 2024

Max O. Cogburn Jr.
United States District Judge